UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALEX O. MERCADO,**

      **Plaintiff,**

v.                                                                Case No: 6:23-cv-792-EJK

**ADISER ORLANDO LLC, JUAN
CARLOS PEDRAGLIO, and
ANDERSON PINHEIRO,**

      **Defendants.**

**ORDER**

This cause comes before the Court on the parties' Joint Renewed Motion for Approval of Settlement (the "Motion"), filed October 18, 2023. (Doc. 25.) On October 4, 2023, the Court entered an Order rejecting the parties' first motion for approval of settlement due to the inclusion of a general release provision without separate consideration provided, release of unknown and unnamed parties, a confidentiality provision, and a no-rehire provision. (Doc. 24.) The parties revised the settlement agreement to remedy the issues outlined in the Court's Order. (Doc. 25-1.) Now, the parties seek the court's approval of the revised settlement agreement pursuant to *Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). (Doc. 25.) Upon review of the revised settlement agreement, the Motion is due to be granted.

The proposed settlement involves a compromise of Plaintiff's claims; therefore, the Court must review the reasonableness of the proposed settlement. *See Lynn's Food*

*Stores*, 679 F.2d 1350. Having reviewed the settlement agreement, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between the parties represented by competent counsel. *Id.* The Court finds that the agreed-upon fees and costs to be paid to Plaintiff's counsel were determined independently, did not affect the payment to Plaintiff, and otherwise appear to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

Accordingly, it is **ORDERED** that the Renewed Joint Motion for Approval of Settlement (Doc. 25) is **GRANTED**. The revised settlement agreement (Doc. 25-1) is **APPROVED**, and this case is **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE